IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLORIA D. BRATT, | ) | 4:06CV3262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by April 18, 2007;

2. Plaintiff may file a reply brief by May 2, 2007; and

3. This case shall be ripe for decision on May 3, 2007.

March 20, 2007.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge